DAVID J. RICHTER, Doing Business under the Firm Name and Style of D. J. RICHTER Co., and Others, Appellants, v. ARNOLD HORN and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. The

plaintiffs were not parties in the case of *Gansbury Clothing Co., Inc.,* v. *Horn et al.,* and the judgment entered therein is not conclusive of their rights. It does, however, furnish ample justification for the denial of an injunction in advance of trial. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.